

IN THE
TENTH COURT OF APPEALS

No. 10-22-00244-CR
No. 10-22-00245-CR

CHRISTOPHER JOHN LONGAZEL,

Appellant

 v.

THE STATE OF TEXAS,

Appellee

From the 66th District Court
Hill County, Texas
Trial Court Nos. F168-22 & F169-22

MEMORANDUM OPINION

Christopher Longazel attempts to appeal his convictions for possession of a controlled substance. The certificate of right to appeal in each cause number indicates that this is a plea bargain case and that Longazel waived his right to appeal. Because the trial court's certificate of right of appeal that Longazel signed indicates that Longazel has no right to appeal and has waived his right to appeal, this appeal must be dismissed. *See* TEX. R. APP. P. 25.2(d); ("The appeal must be dismissed if a certification that shows the

defendant has the right of appeal has not been made a part of the record under these rules."); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006) (plea bargain); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003 (waiver of appeal).

Accordingly, the appeals are dismissed.

STEVE SMITH
Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Appeals dismissed
Opinion delivered and filed August 3, 2022
Do not publish
[CR25]

